IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟋ᴅ.C.
05 AUG 11 AM 9:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| PAUL FARNSWORTH, a/k/a RONNIE BRADFIELD, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   03-2950 BV |
| EDWARD BAXTER, et al., | ) ) ) | |
| Defendant. | ) | |

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Before the court is the February 24, 2005 motion of the plaintiff, Paul Farnsworth, a/k/a Ronnie Bradfield, to compel the defendant, Edward Baxter, et al., to provide additional responses to requests for production of documents and interrogatories. This motion has been referred to the United States Magistrate Judge. For the following reasons, the motion is denied.

In regard to Farnsworth's request for documents, Baxter objected to each request on the basis that the requests sought irrelevant information not calculated to lead to the discovery of admissible evidence and were unduly burdensome. Similar objections were given by Baxter in response to more than half of Farnsworth's interrogatories and requests for admissions.

Farnsworth claims that Baxter's responses to his requests for production of documents and to interrogatories are not sufficient.



Specifically, Farnsworth contends that the information sought is relevant to his case and that it would not be burdensome for Baxter to produce proper responses to his requests. Furthermore, Farnsworth maintains that Baxter's responses appear to be untruthful and that Baxter is intentionally stalling the discovery process by failing to properly respond to his requests.

After reviewing the requests for production of documents and the interrogatories that have been propounded by the plaintiff, along with defendant Baxter's responses, the court finds that the information provided by Baxter is sufficient and that Baxter's objections to certain requests are legitimate. Moreover, Farnsworth has not identified with specificity which of Baxter's responses he feels are insufficient. Additionally, Farnsworth has failed to demonstrate how certain requests are relevant to the issues in this case. Accordingly, Farnsworth's motion to compel further responses to his discovery requests is denied.

IT IS SO ORDERED this 9th day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:03-CV-02950 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Paul Farnsworth
219625
960 State Route 212
Tiptonville, TN 38079

Edward Baxter
STATE OF TENNESSEE DEPARTMENT OF CORRECTION
Warden's Office
P.O. Box 1150
Henning, TN 38041

Honorable J. Breen
US DISTRICT COURT