IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAUL FARNSWORTH a/k/a
RONNIE BRADFIELD,

    Plaintiff,

vs.                                             No. 03-2950-B/V

EDWARD BAXTER,

    Defendant.

## ORDER REINSTATING RLUIPA CLAIM

The complaint filed by this plaintiff on November 18, 2003 included a claim pursuant to the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc et seq. The Court issued an order on August 2, 2004 that, inter alia, dismissed that claim pursuant to 28 U.S.C. § 1915A(b)(1) in light of the Sixth Circuit's decision in Cutter v. Wilkinson, 349 F.3d 257 (6th Cir. 2003), which held the RLUIPA to violate the Establishment Clause of the First Amendment.

The Sixth Circuit's decision in Cutter was subsequently reversed by the Supreme Court. Cutter v. Wilkinson, 125 S. Ct. 2113 (2005). Accordingly, the plaintiff VACATES that portion of the August 9, 2004 order that dismissed the RLUIPA claim and REINSTATES that claim. To the extent either party contends he is entitled to

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-23-05

summary judgment on the RLUIPA claim, he will have to file a motion pursuant to Fed. R. Civ. P. 56 and this Court's local rules.

IT IS SO ORDERED this 23rd day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:03-CV-02950 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Paul Farnsworth
219625
960 State Route 212
Tiptonville, TN 38079

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Edward Baxter
STATE OF TENNESSEE DEPARTMENT OF CORRECTION
Warden's Office
P.O. Box 1150
Henning, TN 38041

Honorable J. Breen
US DISTRICT COURT