```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

PAUL FARNSWORTH a/k/a
RONNIE BRADFIELD,

   Plaintiff,

vs.           No. 03-2950-B/V

EDWARD BAXTER,

   Defendant.

## ORDER DENYING MOTION TO STAY PROCEEDINGS

  On May 15, 2006, plaintiff Paul Farnsworth, a/k/a Ronnie Bradfield, filed a motion, entitled "Plaintiff's Motion to have Lower Trial Court Proceedings to be placed in Abeyance Until Our Sixth Circuit, United States Court of Appeal Rules," seeking a stay in all proceedings before this Court pending a ruling on the plaintiff's interlocutory appeal of the order granting summary judgment for the defendant on the claim under 42 U.S.C. § 1983. The defendant has not responded to this motion.

  On June 8, 2006, the United States Court of Appeals issued an order denying the plaintiff's interlocutory appeal for lack of jurisdiction. <u>Farnsworth v. Baxter</u>, No. 06-5565 (6th

Cir.).  Accordingly, the plaintiff's motion to stay is DENIED as moot.[1]

    IT IS SO ORDERED this 16th day of June, 2006.

                                      s/ J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

---

[1] Attached to the plaintiff's motion is a copy of an unrelated letter he wrote to defense counsel, which the Court has no occasion to address.